JS-6/ENTER

FILED
MAR 29 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY DELORENZO,<br><br>    Petitioner,<br><br>    v.<br><br>ELVIN VALENZUELA, Warden,<br><br>    Respondent. | Case No. CV 12-6813-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed without prejudice.

Dated: March 28, 2013

_Dolly M. Gee_
Dolly M. Gee
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY